AO 247 (Rev. 10/11) (local modification) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582 (c) (2)

# UNITED STATES DISTRICT COURT
## for the
### Western District of New York

United States of America
v.

BRANDON PRITCHETT

)
)  Case No: 04-CR-6157
)  USM
)  No:  12446-055
)
)  Mary Beth Covert, A.F.P.D.
)  Defendant's Attorney

Date of Previous Judgment or
Last Sentencing Reduction   4/9/09
(Use Date of Last Order of the Court)

**FILED OCT 2 7 2011** — MICHAEL J. ROEMER, CLERK, WESTERN DISTRICT OF NY

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  **X** the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. §3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   **X** GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment or sentencing reduction issued)* of   84   months **is reduced to**   70 months   .

### I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

Previous Offense Level:   25              Amended Offense Level:   23
Criminal History Category:   IV           Criminal History Category:   IV
Previous Guideline Range:   84  to  105  months    Amended Guideline Range:   70  to  87  months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

**X** The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other *(explain)*:   Effective November 1, 2011, the defendant will have served 70 months and 8 days, therefore, the defendant is sentenced to time served and is eligible for immediate release.

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated   4/9/09   shall remain in effect.

**IT IS SO ORDERED.**

Order Date:   October 27, 2011

*Judge's signature* — Charles J. Siragusa

Effective Date:   November 1, 2011
*(if different from order date)*

Hon. Charles J. Siragusa
*Printed name and title*